PAUL DICKEY, Appellant, v. CHRISTOPHER A. GORTNER, Respondent.

(Submitted January 24, 1921; decided March 8, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 223 N. Y. 531; 226 N. Y. 620, 688, 711; 230 N. Y. 612.)

FITCH, CORNELL & COMPANY, Appellant, v. THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.

(Submitted February 28, 1921; decided March 8, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 226 N. Y. 597.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN UNION TELEGRAPH COMPANY, Respondent, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Appellant.

POSTAL TELEGRAPH-CABLE COMPANY, Appellant.

(Submitted February 28, 1921; decided March 8, 1921.)

Motion to amend remittitur denied, with ten dollars costs. (See 230 N. Y. 95.)